**ATTORNEY GRIEVANCE COMMISSION** \*     IN THE
**OF MARYLAND**

                                    \*     **COURT OF APPEALS**

                                    \*     **OF MARYLAND**

**v.**

                                    \*     **Misc. Docket AG No. 10,**
                                            **September Term, 2019**
                                    \*

**BABAK BAGHERI**
                                        **(No. 469414-V, Circuit Court**
                                  \*     **for Montgomery County)**

## O R D E R

UPON CONSIDERATION of the Joint Petition for Disbarment by Consent of the Attorney Grievance Commission of Maryland and Respondent, Babak Bagheri, to disbar the Respondent from the practice of law, it is this <u>9th</u> day of January, 2020,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Babak Bagheri, be, and hereby is, disbarred from the practice of law in the State of Maryland for violation of Rule 8.1(a) (bar admission and disciplinary matters), and Rule 8.4 (a) - (d) (misconduct) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED, that the Clerk of this Court shall remove the name of Babak Bagheri from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

                                                  /s/ Mary Ellen Barbera
                                                      Chief Judge



Suzanne C. Johnson, Clerk